UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roderick Brown,

    Plaintiff,

v.                                            Case No. 17-10163

Specialized Loan
Servicing, LLC, and                     Sean F. Cox
Computershare USA,                United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING 4/5/18 REPORT AND RECOMMENDATION

Plaintiff Roderick Brown has filed this *pro se* action seeking various forms of relief relating to the foreclosure and sheriff's sale of his home in November 2016 (Doc. # 1). On September 27, 2017, Plaintiff filed a Motion to Strike Defendants' affirmative defenses (Doc. # 39). The Court referred this matter to Magistrate Judge Mona K. Majzoub for a report and recommendation under 28 U.S.C. § 636(b)(1)(A) (Doc. # 50).

On April 5, 2018, Magistrate Judge Mazoub issued a Report and Recommendation (Doc. # 54) wherein she recommends that the Court deny Plaintiff's Motion to Strike.

Under FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections. The Court hereby ADOPTS the April 5, 2018 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike is DENIED.

IT IS SO ORDERED.

                                                                     s/Sean F. Cox
                                                                      Sean F. Cox
                                                                      United States District Judge

Dated: May 1, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2018, by electronic and/or ordinary mail.

                                                                     s/Jennifer McCoy
                                                                      Case Manager